[No. 2137–2. Division Two. May 3, 1977.]

HOMER W. TALLMAN, *Appellant*, v. THE DEPARTMENT OF LABOR AND INDUSTRIES, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Pierce County, No. 236609, Hardyn B. Soule, J., entered November 14, 1975. *Affirmed* by unpublished opinion per Johnson, J. Pro Tem., concurred in by Pearson and Reed, JJ.

[No. 2086–2. Division Two. May 5, 1977.]

THE STATE OF WASHINGTON, *Respondent*, v. JACK GALLAHUER, *Appellant.*

Appeal from a judgment of the Superior Court for Clallam County, No. 4207, Gerald B. Chamberlin, J., entered October 9, 1975. *Affirmed* by unpublished per curiam opinion.

[No. 1856–3. Division Three. May 5, 1977.]

THE STATE OF WASHINGTON, *Respondent*, v. KENNETH L. TROWELL, *Appellant.*

Appeal from a judgment of the Superior Court for Yakima County, No. 19465, Howard Hettinger, J., entered January 15, 1976. *Affirmed* by unpublished opinion per Green, J., concurred in by Munson, C.J., and McInturff, J.